**00–1112.   State ex rel. Turner v. Gentile Bros. Produce Co.**

Franklin App. No. 99AP–516. This cause is pending before the court as an appeal from the Franklin County Court of Appeals. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.